UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT GEORGE GERBER,

                Plaintiff,                    **MEMORANDUM**

  - v -

                                                CV-11-3231 (ARR)(VVP)

ISABELLA GERIATRIC CENTER, INC.,

                Defendant.
------------------------------------------------------------x

        The plaintiff has submitted a request, by e-mail, for authorization to communicate by e-mails due to speech and hearing impairments. The answer depends upon the type of communication, as set forth in the following guidelines:

        1.    Communications with the court setting forth arguments or asking for the court to grant motions or other relief may <u>not</u> be made by e-mail. Such communications must be on paper, with a copy sent to the plaintiff's adversary, and are to be filed through the pro se clerks in the clerk's office;

        2.    Communications with the court about procedural matters are to be directed to the pro se clerks in the clerk's office. Those communications must be done in person at the clerk's office and may <u>not</u> be made by e-mail;

        3.    Communications with chambers about ministerial matters such as the time and place of conferences and filing deadlines may be made by e-mail to chambers at joan_newton@nyed.uscourts.gov;

        4.    Communications with adversary counsel may be made by e-mail (as has already apparently occurred), but only with the consent of adversary counsel.

                                              *Viktor V. Pohorelsky*
                                              VIKTOR V. POHORELSKY
                                              United States Magistrate Judge

Dated:    Brooklyn, New York
             October 12, 2011